# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| EVA VILLASENOR, individually and on behalf of all wrongful death beneficiaries of Jose Villasenor, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CARGO, INC. and RONALD ORELUS, <br><br> Defendants. | Case No. 2:23-cv-2206-SHM/atc |

## ORDER OF DISMISSAL

Before the Court is the parties' April 4, 2024 joint stipulation of dismissal with prejudice (D.E. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' joint stipulation, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of April, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE