UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EVA VILLASENOR, individually and on behalf of all wrongful death beneficiaries of Jose Villasenor, deceased, <br><br>    Plaintiffs, <br><br> v. <br><br> U.S. CARGO, INC. and RONALD ORELUS, <br><br>    Defendants. | ) ) ) ) ) ) ) ) No. 2:23-cv-2206-SHM/atc ) ) ) ) ) ) |

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on April 4, 2024.

# APPROVED:

*/s/ Samuel H. Mays, Jr*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

  April 4th, 2024                                          WENDY R. OLIVER
DATE                                                                    CLERK

                                                                              */s/ Jairo Mendez*
                                                                      (By) DEPUTY CLERK